**Order entered January 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00062-CV

### IN RE ANTOINE GREEN, RELATOR

**On Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF10-20865-Y**

## ORDER

Before the Court is relator's January 17, 2013 petition for writ of mandamus. The Court requests that real party file a response by February 4, 2013.

/s/    JIM MOSELEY
        JUSTICE